UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Cook

v.

National Archives & Records Admin.

No. 11 CIV 8624 (BSJ)

LAW STUDENT INTERN
APPEARANCE FORM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/12

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in __Yale__ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    __February 29, 2012__
    (date)

    _____
    (Signature of Student)
    JEFFREY LOVE

2. Certification of Law School Dean or his Authorized Designee

    I certify that this student:

    (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that __Charles Sims__, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    __3/20/12__
    (date)

    _____
    (Signature of Dean or Authorized Designee)
    ROBERT C. POST

    __Dean, Yale Law School__
    (Position of Above)

3. Consent of Supervising Attorney

   As a member of the bar of the United States District Court for the Southern District of New York, I will:

   (a) assume personal professional responsibility for this student's work;
   (b) assist this student to the extent necessary;
   (c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
   (d) appear with this student in all proceedings before the Court.

   3-18-2012 (date)    _____ (Signature of Attorney)
   CHARLES S. SIMS

4. Consent of Client or United States Attorney

   I authorize this student:

   (a) to appear in court or at other proceedings on my behalf, and
   (b) to prepare documents on my behalf.

   I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

   3/20/12 (date)    _____ (Signature of Client)
   JOHN COOK

   (If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

   I authorize this student:

   (a) to appear in court or other proceedings on behalf of the above client, and
   (b) to prepare documents on behalf of the above client.

   3/30/12 (date)    _____ (Signature of Judge)