UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JOHN COOK                                                      :

                          Plaintiff,                              : No. 11 Civ. 8624 (BSJ)

                       v.                                       : ECF Case

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,                                                :

                        Defendant.                              :

---------------------------------------------------------------X


## PLAINTIFF'S NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff John Cook, through his counsel, will cross-move this court before the Honorable Barbara S. Jones, United States District Judge, for an order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in favor of the plaintiff. Counsel for the Plaintiff hereby request oral argument.

Dated: New York, New York
       May 1, 2012

Respectfully Submitted

_____
CHARLES SIMS
Partner, Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
E-mail: csims@proskauer.com
Telephone: (212) 969-3950
Facsimile: (212) 969-2900